# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NICK OLANDESE & MELEAH OLANDESE  Case Number: 08-73896
10214 SADDLEBRED TRAIL  SSN-xxx-xx-7273 & xxx-xx-0958
WOODSTOCK, IL 60098

Case filed on: 11/30/2008
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | NICK OLANDESE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE | 3,763.00 | 3,763.00 | 0.00 | 0.00 |
| 002 | BENEFICIAL ILLINOIS INC | 1,544.00 | 1,544.00 | 0.00 | 0.00 |
|  | Total Secured | 5,307.00 | 5,307.00 | 0.00 | 0.00 |
| 003 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASPIRE / CB & T | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL 1 BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL 1 BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DELL FINANCIAL SERVICES LP | 2,443.15 | 2,443.15 | 0.00 | 0.00 |
| 014 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FIRST NATIONAL BANK OF MARIN / CREDIT ON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GEMB / WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | GEMB / PEACH DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | GEMBPPBYCR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | GEMBPPBYCR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | GEMBPPBYCR | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | H & R ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HSBC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | HSBC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | HSBC / ORCHARD BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ILLINOIS DEPT. OF HUMAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | KEYFINSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | KEYFINSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MHFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MHFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MHS PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | RJM ACQ LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 131,870.23 | 131,870.23 | 0.00 | 0.00 |
| 042 | SALUTE / UTB | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 134,313.38 | 134,313.38 | 0.00 | 0.00 |
|  | Grand Total: | 139,620.38 | 139,620.38 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $0.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>01/23/2009</u>　　　　By  /s/Heather M. Fagan